**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

**DAVID WADE,**

      **Petitioner,**

      **v.**

**CASE NO. 2:09-CV-632**
**JUDGE ALGENON L. MARBLEY**
**MAGISTRATE JUDGE ELIZABETH P. DEAVERS**

**MICHAEL SHEETS, WARDEN,**

      **Respondent.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 17, 2012 Opinion and Order, the Court ADOPTED and AFFIRMED the Report and Recommendation and OVERRULED the Petitioner's objections. This action is hereby DISMISSED.

Date: September 17, 2012        **John Hehman, Clerk**

                                                      s/Betty L. Clark
                                               Betty L. Clark/Deputy Clerk